**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

In Re: Granulated Sugar
Antitrust Litigation

MDL No. 24-3110 (JWB/DTS)

**AGENDA FOR**
**OCTOBER 28, 2024**
**STATUS CONFERENCE**

---

A status conference was set for October 28, 2024, in this matter. The following is

the Agenda that will be followed at the conference.

**<u>Agenda</u>**

1.  **General Remarks**

2.  **Update on Service of Defendants Commodity Information Inc. and Richard Wistisen**

3.  **Parties' Status Update Letter**

4.  **Motions for Interim Leadership Appointments**

5.  **Discovery Schedule and Update on ESI Protocols/Proposed Protective Order**

6.  **Consolidated Complaints**

7.  **Court Status Conferences.**
    o  Monday, November 25, 2024, at 1:00 pm
    o  Monday, December 23, 2024, at 1:00 pm OR Friday, December 27, 2024
    o  Monday, January 27, 2025, at 11:00 am
    o  Monday, February 24, 2025, at 1:00 pm
    o  Monday, March 24, 2025, at 1:00 pm
    o  Monday, April 28, 2025, at 1:00 pm
    o  Monday, May 19, 2025, at 1:00 pm
    o  Monday, June 23, 2025, at 1:00 pm
    o  Monday, July 28, 2025, at 1:00 pm

- o  Monday, August 25, 2025, at 1:00 pm
- o  Monday, September 29, 2025, at 1:00 pm
- o  Monday, October 27, 2025, at 1:00 pm
- o  Monday, November 24, 2025, at 1:00 pm
- o  Monday, December 29, 2025, at 1:00 pm